UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

JANE DOE, Anonymous,

      Plaintiff,

  -v-                                           No. 19 CV 11587-LTS

WILHELMINA MODELS, INC., CAL TAN,
LLC, and NEW SUNSHINE, LLC,

      Defendants.

-------------------------------------------------------x

## ORDER

The Court has received and reviewed the Cal Tan Defendants' Supplement to the Notice of Removal. (Docket Entry No. 6, the "Supplement".) The Supplement satisfies the Court's December 20, 2019, Order. (Docket Entry No. 3.) Any issues with respect to the propriety of the joinder of defendant Wilhelmina Models, Inc., which, according to the original Notice of Removal, has not been served, may be addressed by future motion practice if necessary. (See 28 U.S.C.S. § 1441(b)(2).)

SO ORDERED.

Dated: New York, New York
       January 10, 2020

                                                             /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                             United States District Judge