UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JANE DOE, Anonymous,

      Plaintiff,

   -v-                                  No.  19 CV 11587-LTS

WILHELMINA MODELS, INC., CAL TAN,
LLC, and NEW SUNSHINE, LLC,

      Defendants.

-------------------------------------------------------x

ORDER

      The Court previously authorized sealing of Plaintiff's motion to remand and accompanying exhibits after its initial filing to conceal inadvertent references to Plaintiff's identity.  (See docket entry no. 8.)  Plaintiff is directed to file on the public docket a redacted version of the sealed submission by November 6, 2020.

      SO ORDERED.

Dated: New York, New York
      November 3, 2020

                     /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                   United States District Judge